■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GADRIELE BROWN, Appellant. [16 NYS3d 740]—

Judgment, Supreme Court, New York County (Rena K. Uviller, J., at plea; A. Kirke Bartley, J., at sentencing), rendered April 3, 2013, convicting defendant of attempted robbery in the second degree, and sentencing him to a term of two years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing for an express youthful offender determination (*see People v Rudolph*, 21 NY3d 497 [2013]). Concur—Tom, J.P., Acosta, Moskowitz and Richter, JJ.